

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

February 29, 2008

By Fax

Hon. Victor Marrero
United States District Court Judge
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

      Re:  <u>Celso Silva v. Astrue</u>
           07 Civ. 9514 (VM)

Dear Judge Marrero:

      This Office represents the Commissioner of Social Security, defendant in the above-referenced action. During my review of this case, I encountered several issues which required that I seek additional information from the Agency. Therefore, with the consent of plaintiff, I respectfully request a thirty day extension of time from March 3, 2008, to April 2, 2008.

      One prior extension has been granted to defendant as the answer was originally due on January 2, 2008.

      Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Lewis B. Insler, Esq.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-29-08

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 4-2-08.

SO ORDERED.

2-29-08
DATE      VICTOR MARRERO, U.S.D.J.

TOTAL P.02