ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-0378
Fax: (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
CELSO SILVA,                      :
                                  :
                Plaintiff,        :
                                  :
     - v. -                       :   STIPULATION AND ORDER
                                  :        OF REMAND
MICHAEL J. ASTRUE,                :   07 Civ. 9514 (VM)
Commissioner of                   :
Social Security,                  :
                                  :
                Defendant.        :
- - - - - - - - - - - - - - - - -x

   IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       March 11, 2008

                INSLER & HERMANN, LLP
                ATTORNEYS FOR PLAINTIFF

By: *[signature]*
LEWIS B. INSLER, ESQ.
80 Grasslands Road
Elmsford, New York 10523
Telephone No. (914) 286-3030

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *[signature]*
LESLIE A. RAMIREZ FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-0378
Leslie Ramirez-Fisher@usdoj.gov

SO ORDERED: 18 March 2008
The Clerk of Court is directed to close this case, subject to being reopened in the event further proceedings before the Court are necessary following the remand ordered herein.

*[signature]*
United States District Judge
**Victor Marrero**